IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM TURNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. _____ |
| | ) |
| JOPLIN PUBLIC SCHOOL DISTRICT, | ) |
| a/k/a JOPLIN R-VIII SCHOOL | ) |
| DISTRICT, DR. C.J. HUFF, BUD | ) |
| SEXSON, TINA SMITH, JEFF | ) |
| FLOWERS, PHIL WILCOXON, | ) |
| DAWN STICKLEN, MICHAEL | ) |
| LANDIS, RANDY STEELE, | ) |
| SUZANNE "ANNE" SHARP, and | ) |
| JIM KIMBROUGH, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' NOTICE OF REMOVAL OF A CIVIL ACTION TO THE
U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI**

COMES NOW the Defendant, Joplin Public School District a/k/a Joplin R-VIII School District, by and through its attorneys of record, Keck & Austin, LLC, and for its Notice of Removal of the above-captioned Civil Action from State Court, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, states the following to the Court:

1. Plaintiff filed his Petition in the Circuit Court of Jasper County Missouri, Case No. 18AO-CC00151, on or about June 6, 2018, and the action is now pending in that court. Process, including the summons and petition, were served upon this Defendant on or about June 11, 2018.

2. Plaintiff alleged a violation of rights under the United States Constitution pursuant to 42 U.S.C. §1983 and this Court therefore has original jurisdiction pursuant to 28 U.S.C. § 1331.

3. This Notice of Removal is timely pursuant to 28 U.S.C. §1441 et. seq.

4. All process, pleadings and other documents received by Defendant are attached. The Petition is attached hereto as Exhibit A, the documents relating to service are attached as Exhibit B, and the Civil Cover Sheet is attached as Exhibit C.

5. Based upon the foregoing, Defendant is entitled to remove this action from state court to the United States District Court for the Western District Court of Missouri pursuant to 28 U.S.C. §1441.

6. Because the other Defendants described in Plaintiff's Petition are described as employees and/or agents of this Defendant, it is anticipated that undersigned counsel will represent them as well. Once service is made on these Defendants, counsel will provide confirmation to the Court that they have joined or consented to removal.

7. Concurrently with the filing of this Notice, Defendants are providing notice to Plaintiff and to the state court by filing a copy of this Notice of Removal with the Clerk of the Circuit Court of Jasper county, Missouri, pursuant to 28 U.S.C. §1446.

WHEREFORE, Defendant hereby gives notice that this action is, and has been, removed to this Court, and respectfully requests the Court exercise jurisdiction over the claims and parties involved as though the matter had originally been instituted herein.

Respectfully submitted,

KECK & AUSTIN, L.L.C.


By: */s/Matthew D. Wilson*
    Matthew D. Wilson #59966
    3140 E. Division St.
    Springfield, Missouri 65802
    Telephone: 417-890-8989
    Facsimile: 417-890-8990
    Email: matt@keckaustin.com
    Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served via electronic filing this 20th day of June, 2018 to:

William J. Fleischaker
Fleischaker & Williams
PO Box 996
Joplin, MO 64802

                                                  */s/ Matthew D. Wilson*
                                                Matthew D. Wilson